175 U.S. 723
 20 S.Ct. 1023
 44 L.Ed. 337
 MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS, Plaintiff in Error,
v.
J. M. EVANS.
 No. 78.
 November 6, 1899.
 
 1
 Messrs. James Hagerman and J. M. Bryson for plaintiff in error.
 
 
 2
 Messrs. Rush Taggart and H. Chilton for defendant in error.
 
 
 3
 Dismissed with costs, on the authority of Mason v. United States, 136 U. S. 581, 34 L. ed. 545, 10 Sup. Ct. Rep. 1062; Hardee v. Wilson, 146 U. S. 179, 36 L. ed. 933, 13 Sup. Ct. Rep. 39; and Sipperley v. Smith, 155 U. S. 86, 39 L. ed. 79, 15 Sup. Ct. Rep. 15.[1]
 
 
 
 [1]
 See 29 C. C. A. 523, 86 Fed. Rep. 1.